before March 2, 1925. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

JOSEPH THOMKA, an Infant, etc., Respondent, v. JENNINGS WET WASH LAUNDRY, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

FLORINDO S. POLO, Appellant, v. WILLIAM H. BARNARD and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ELSIE G. TOMPKINS, Respondent, v. RALPH M. CRANE, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ROBERT J. KELLY, Respondent, v. ANNA KELLY, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

IRVING ROSENBAUM, Appellant, v. JULIUS MOSKIN and Another, Respondents. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CARMINO ADAMO, Respondent, v. UNION STEVEDORING CORPORATION, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

DAVID S. ROUSS, Respondent, v. SAMUEL MEYERS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

DAVID S. ROUSS, Respondent, v. SAMUEL MEYERS, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LASH REALTY CO., INC., Appellant, v. WILLIAM E. WALSH and Others, Respondents.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ANNA WARNER, Respondent, v. HENRY DOSCHER and Another, Individually and as Executors, etc., Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the appellants' points to be filed so appeal can be argued on or before February 3, 1925. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WILLIAM RAND, Respondent v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

FRANK E. BRUMLEY and Others, Respondents, v. MYRON W. ROBINSON, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

MYRON W. ROBINSON, Appellant, v. FRANK E. BRUMLEY and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

NATHAN WAXMAN, Respondent, v. MAX WIESER and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the appellants' points to be filed on or before February 2, 1925. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

LOUIS GUARDINO and Another, as Administrators, etc., Respondents, v. E.